IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01143-EWN-CBS

COLORADO LANDMARK MULTIPROP REALTY, INC., d/b/a COLDWELL BANKER
COLORADO LANDMARK REALTORS, a Colorado Corporation; and
JOEL RIPMASTER, an individual,

    Plaintiffs,

v.

CENDANT CORPORATION, a New Jersey Corporation,
CENDANT MOBILITY, a New Jersey Corporation,
COLDWELL BANKER REAL ESTATE CORPORATION, a California Corporation,
NRT, INC., d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE, a New Jersey Corporation,

    Defendants.

---

ORDER GRANTING DISMISSAL OF CASE No. 05-CV-01143-EWN-CBS

---

This matter having come before the Court upon Plaintiffs Notice to Dismiss with Prejudice the Complaint herein, and the Court being fully advised, hereby ORDERS that the Complaint therein be, and hereby is dismissed with prejudice.

Dated: September 15, 2005

                              BY THE COURT:

                              s/Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge